JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ERICA ANTONIA BENAVIDEZ-PENA,

                Petitioner,

      v.

FERETI SEMAIA, et al.,

                Respondents.

Case No. 5:26-cv-03228-MBK

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: June 25, 2026



_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE